THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RUDOLPH LUCIEN, Defendant-Appellant.

(No. 58139; )

First District (1st Division)—August 13, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Cornelius E. Toole, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Ronald F. Neville, Assistant State's Attorneys, of counsel,) for the People.